**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTIE WEBB                                                                          PLAINTIFF

V.                                           5:13CV00140-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                  DEFENDANT

## JUDGMENT

　　　Pursuant to the Order filed in this matter on this date, it is CONSIDERED, ORDERED, and

ADJUDGED that the decision of the Commissioner is remanded for action consistent with the

opinion in this case.  This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g)

and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

　　　IT IS SO ORDERED this 5th day of August, 2014.

_____

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE